**Justices**

JOHN S. ANDERSON
KEM THOMPSON FROST
CHARLES SEYMORE
JEFFREY V. BROWN
WILLIAM J. BOYCE
TRACY CHRISTOPHER
MARTHA HILL JAMISON
SHARON MCCALLY

**Chief Justice**
ADELE HEDGES

**Clerk**
CHRISTOPHER A. PRINE

Phone 713/274-2800
Facsimile 713/755-9074
www.14thcoa.courts.state.tx.us



# Fourteenth Court of Appeals

301 Fannin, Suite 245
Houston, Texas 77002

## TELECOPIER TRANSMITTAL

DATE: _3/23/12_

TO: _Elizabeth G Bloch_

FAX NUMBER: _512-480-5002_

FROM: _C Herriet_

NUMBER OF PAGES: _3_ including this sheet

RE: _14.12.00576.CV_

MESSAGE:

```
************************
***   TX REPORT   ***
************************

TRANSMISSION OK

TX/RX NO                 1255
RECIPIENT ADDRESS        915124805002
DESTINATION ID
ST. TIME                 03/23 14:45
TIME USE                 00'32
PAGES SENT               3
RESULT                   OK
```



**Justices**

JOHN S. ANDERSON
KEM THOMPSON FROST
CHARLES SEYMORE
JEFFREY V. BROWN
WILLIAM J. BOYCE
TRACY CHRISTOPHER
MARTHA HILL JAMISON
SHARON McCALLY

**Chief Justice**
ADELE HEDGES

**Clerk**
CHRISTOPHER A. PRINE

Phone 713/274-2800
Facsimile 713/755-9074
www.14thcoa.courts.state.tx.us

# Fourteenth Court of Appeals

301 Fannin, Suite 245
Houston, Texas 77002

## TELECOPIER TRANSMITTAL

DATE: _3/23/12_

TO: _Elizabeth G. Bloch_

FAX NUMBER: _512-480-5002_

FROM: _C. Herriet_

NUMBER OF PAGES: _3_ including this sheet

RE: _14.12.00570.CV_

MESSAGE:

Justices

JOHN S. ANDERSON
KEM THOMPSON FROST
CHARLES SEYMORE
JEFFREY V. BROWN
WILLIAM J. BOYCE
TRACY CHRISTOPHER
MARTHA HILL JAMISON
SHARON MCCALLY



# Fourteenth Court of Appeals

301 Fannin, Suite 245
Houston, Texas 77002

Chief Justice
ADELE HEDGES

Clerk
CHRISTOPHER A. PRINE

Phone 713/274-2800
Facsimile 713/755-9074
www.14thcoa.courts.state.tx.us

## TELECOPIER TRANSMITTAL

DATE: 3/23/12

TO: Richard A. Ullmer

FAX NUMBER: (512) 479-1101

FROM: C. Herrert

NUMBER OF PAGES: 3 including this sheet

RE: 14.12.00276 CV

MESSAGE:

```
********************
***   TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO              1256
RECIPIENT ADDRESS     915124791101
DESTINATION ID
ST. TIME              03/23 14:45
TIME USE              00'38
PAGES SENT            3
RESULT                OK
```



| Justices | | Chief Justice |
|---|---|---|
| JOHN S. ANDERSON | | ADELE HEDGES |
| KEM THOMPSON FROST | | |
| CHARLES SEYMORE | | Clerk |
| JEFFREY V. BROWN | | CHRISTOPHER A. PRINE |
| WILLIAM J. BOYCE | | |
| TRACY CHRISTOPHER | | Phone 713/274-2800 |
| MARTHA HILL JAMISON | | Facsimile 713/755-9074 |
| SHARON MCCALLY | | www.14thcoa.courts.state.tx.us |

## Fourteenth Court of Appeals

301 Fannin, Suite 245
Houston, Texas 77002

## TELECOPIER TRANSMITTAL

DATE: 3/23/12

TO: Richard A. Wllmer

FAX NUMBER: 512) 479-1101

FROM: C. Herrert

NUMBER OF PAGES: 3 including this sheet

RE: 14-12-00276 CV

MESSAGE:

**Justices**

JOHN S. ANDERSON
KEM THOMPSON FROST
CHARLES SEYMORE
JEFFREY V. BROWN
WILLIAM J. BOYCE
TRACY CHRISTOPHER
MARTHA HILL JAMISON
SHARON MCCALLY



# Fourteenth Court of Appeals

301 Fannin, Suite 245
Houston, Texas 77002

**Chief Justice**
ADELE HEDGES

**Clerk**
CHRISTOPHER A. PRINE

Phone 713/274-2800
Facsimile 713/755-9074
www.14thcoa.courts.state.tx.us

## TELECOPIER TRANSMITTAL

DATE: 3/28/12

TO: Ernest W. Boyd. JR

FAX NUMBER: (713) 655-0222

FROM: CHerbert

NUMBER OF PAGES: 3 including this sheet

RE: 14.12.00276.CV

MESSAGE:

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                1257
RECIPIENT ADDRESS       97136550222
DESTINATION ID
ST. TIME                03/23 14:46
TIME USE                01'09
PAGES SENT              3
RESULT                  OK
```



**Justices**

JOHN S. ANDERSON
KEM THOMPSON FROST
CHARLES SEYMORE
JEFFREY V. BROWN
WILLIAM J. BOYCE
TRACY CHRISTOPHER
MARTHA HILL JAMISON
SHARON MCCALLY

# Fourteenth Court of Appeals

301 Fannin, Suite 245
Houston, Texas 77002

**Chief Justice**
ADELE HEDGES

**Clerk**
CHRISTOPHER A. PRINE

Phone 713/274-2800
Facsimile 713/755-9074
www.14thcoa.courts.state.tx.us

## TELECOPIER TRANSMITTAL

DATE: 3/23/12

TO: Ernest W. Boyd. Jr

FAX NUMBER: (713) 655-0222

FROM: C. Herbert

NUMBER OF PAGES: 3 including this sheet

RE: 14.12.00276.CV

MESSAGE:

Justices

JOHN S. ANDERSON
KEM THOMPSON FROST
CHARLES SEYMORE
JEFFREY V. BROWN
WILLIAM J. BOYCE
TRACY CHRISTOPHER
MARTHA HILL JAMISON
SHARON MCCALLY

Chief Justice
ADELE HEDGES

Clerk
CHRISTOPHER A. PRINE

Phone 713/274-2800
Facsimile 713/755-9074
www.14thcoa.courts.state.tx.us



# Fourteenth Court of Appeals

301 Fannin, Suite 245
Houston, Texas 77002

## TELECOPIER TRANSMITTAL

DATE: 3/23/12

TO: Judge 127th District Court

FAX NUMBER: (713) 368-6879

FROM: C. Perrext

NUMBER OF PAGES: 3 including this sheet

RE: 14.12.00276.CV

MESSAGE:

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              1258
RECIPIENT ADDRESS     97133686879
DESTINATION ID
ST. TIME              03/23 14:48
TIME USE              00'28
PAGES SENT            3
RESULT               OK
```



**Justices**

JOHN S. ANDERSON
KEM THOMPSON FROST
CHARLES SEYMORE
JEFFREY V. BROWN
WILLIAM J. BOYCE
TRACY CHRISTOPHER
MARTHA HILL JAMISON
SHARON McCALLY

# Fourteenth Court of Appeals

301 Fannin, Suite 245
Houston, Texas 77002

**Chief Justice**
ADELE HEDGES

**Clerk**
CHRISTOPHER A. PRINE

Phone 713/274-2800
Facsimile 713/755-9074
www.14thcoa.courts.state.tx.us

## TELECOPIER TRANSMITTAL

DATE: 3/23/12

TO: Judge 127th District Court

FAX NUMBER: (713) 368-6879

FROM: CB Herbert

NUMBER OF PAGES: 3 including this sheet

RE: 14.12.00276.CV

MESSAGE: